IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DAVID STRIPLAND, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:16-CV-152-RWS |
| WELLS FARGO BANK, N.A., | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 14]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 14] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Dismiss [Doc. No. 6] and Defendant's Motion to Strike [Doc. No. 9] are GRANTED. The Clerk is DIRECTED to close this action.

SO ORDERED, this 28th day of November, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)